CHARLES W. FAWCETT
cfawcett@skinnerfawcett.com
SKINNER FAWCETT LLP
Attorneys at Law
515 South Sixth Street
P.O. Box 700
Boise, ID  83701-0700
Telephone: (208) 345-2663
Fax:  (208) 345-2668
State Bar No. 1349

Attorneys for Defendant

IN THE UNITED STATES JUDICIAL DISTRICT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PHILLIP MAXEY,<br><br>                Plaintiff,<br>v.<br><br>INTERMOUNTAIN CREDIT SERVICES,<br><br>                Defendant. | Case No. 1:15-cv-00201-EJL<br><br>JOINT NOTICE OF SETTLEMENT |

      COME NOW Phillip Maxey, Plaintiff, and Intermountain Credit Services, Defendant, by and through their undersigned counsel of record, and hereby notify the Court that the parties have reached a settlement of this case.  It is anticipated that all of the elements of the settlement will be implemented within thirty (30) days hereof, at which point the parties will file a Stipulation for Dismissal with Prejudice.

      DATED This 11th day of September, 2015.

      **BARKLEY SMITH LAW PLLC**

      By_____/s/_____
      BARKLEY SMITH, of the Firm
      Attorneys for Plaintiff

      **SKINNER FAWCETT LLP**

      By_____/s/_____ _____
      CHARLES W. FAWCETT, of the Firm
      Attorneys for Defendant